F:\MMM\1693-1039 Sayers v. USAA CIC\msj - rjn.docx

Maureen M. Michail, State Bar No. 185097
DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807
MICHAIL@DFIS-LAW.COM

Attorneys For Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SAYERS<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY;<br>DOES 1 TO 25, Inclusive,<br><br>Defendants. | Case No. 5:23-cv-01114-DMG-SHK<br>Judge: Hon. Dolly M. Gee<br>Magistrate: Hon. Shashi H. Kewalramani<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT<br><br>Date:        March 8, 2024<br>Time:        9:30 a.m.<br>Courtroom:   8C<br><br>Trial Date:  June 25, 2024<br><br>[Filed concurrently with Notice of Motion and Motion; Declarations of Amanda Zahariades and Maureen M. Michail, Esq.; Statement of Undisputed Facts and Genuine Issues; Index of Exhibits and Exhibits; and [Proposed] Order] |

TO THE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Pursuant to Evidence Code section 452, Defendant USAA CASUALTY INSURANCE COMPANY submits this Request for Judicial Notice in Support of its

1

Motion for Summary Judgment or Partial Summary Judgment and requests the Court take judicial notice of the following:

    1.    Riverside Superior Court Minute Order denying Benjamin Sayers' Motion to Compel Arbitration in *Sayers v. USAA Ins. Co.*, Case No. CVPS2202851, dated April 19, 2023, attached to the Index of Exhibits as Exhibit 15, filed concurrently herewith.

    2.    Riverside Superior Court Complaint filed in *Sayers v. USAA Cas. Ins. Co.* in the instant action (before removal to U.S.D.C.), Riverside Superior Court Case No. CVPS2301967 on April 25, 2023, attached to the Index of Exhibits as Exhibit 16, filed concurrently herewith.

Date: January 26, 2024

        DANIELS, FINE, ISRAEL,
        SCHONBUCH & LEBOVITS, LLP

By: */s/ Maureen M. Michail*
    Maureen M. Michail
    Attorneys For Defendant
    Defendant USAA CASUALTY INSURANCE COMPANY

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

State of California      )
                         )
County of Los Angeles    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On January 26, 2024, I served the within document(s):

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[XX] **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice a true copy would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX] **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 26, 2024, at Los Angeles, California.

/s/Christine Tucker
_____
Christine Tucker

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

# **SERVICE LIST**

Cory R. Weck, Esq.
Brynna D. Popka, Esq.
McCune Law Group
3281 East Guasti Road
Suite 100
Ontario, California 91761-7656
Tel: (909) 557-1250/Fax: (909) 557-1275
Email: crw@mccunewright.com; bdp@mccunewright.com
***Attorneys for Plaintiff BENJAMIN SAYERS***

1693-1039

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT